142 So.2d 679

Felix Marvin JORDAN

v.

STATE.

3 Div. 12.

Supreme Court of Alabama.

June 14, 1962.

Certiorari to Court of Appeals.

Felix Marvin Jordon, pro se.

MacDonald Gallion, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Felix Marvin Jordan for certiorari to the Court of Appeals to review and revise the judgment and decision in Jordan v. State, 142 So.2d 678.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.

143 So.2d 672

Felix Marvin JORDAN

v.

STATE.

7 Div. 582.

Supreme Court of Alabama.

July 26, 1962.

Certiorari to Court of Appeals.

Felix Marvin Jordan, pro se.

MacDonald Gallion, Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Felix Marvin Jordan for certiorari to the Court of Appeals to review and revise the judgment and decision in Ex parte Jordan, 143 So.2d 670 (7 Div. 693).

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

136 So.2d 906

Lee LEDBETTER

v.

STATE.

8 Div. 79.

Supreme Court of Alabama.

Jan. 18, 1962.

Ramsey O. Scott, Huntsville, for petitioner.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Lee Ledbetter for certiorari to the Court of Appeals to review and revise the judgment and decision in Ledbetter v. State, 136 So.2d 904 (8 Div. 756).

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.